DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MACANA INVESTMENTS, LLC,**
Appellant,

v.

**GARFIELD AT CENTURY VILLAGE CONDOMINIUM ASSOCIATION, UNKNOWN SPOUSE OF ANTONIA RAVELO,** and **THE RECOVERY AGENTS, LLC,**
Appellees.

No. 4D2025-0346

[May 28, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. 062022CA002764AXXXCE.

Kenzie N. Sadlak of Kenzie N. Sadlak, PA, Miami, for appellant.

Tara Nicole Mulrey of Straley | Otto PA, Fort Lauderdale, for appellee Garfield at Century Village Condominium Association.

Rachel M. Knox of Knox Law LLC, Pompano Beach, for appellee The Recovery Agents, LLC.

No appearance for appellee Unknown Spouse of Antonia Ravelo.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

*  *  *

***Not final until disposition of timely-filed motion for rehearing.***